1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
7                             AT SEATTLE

8      EPIC AVIATION, LLC,

9                    Plaintiff,

10               v.                              Case No.  C10-1950RSL

11     JETSTAR AIR, INC., *et al.*,              ORDER TO SHOW CAUSE

12                   Defendants.

13

14

15            This matter comes before the Court *sua sponte*.  On December 2, 2010,

16     plaintiff filed its complaint with this Court alleging that the Court has jurisdiction based

17     on the diversity of citizenship of the parties.  See 28 U.S.C. § 1332(a) (establishing that

18     the federal court's basic diversity jurisdiction extends to "all civil actions where the

19     matter in controversy exceeds . . . $75,000 . . . and is between . . . citizens of different

20     States.").  "For a case to qualify for federal jurisdiction under 28 U.S.C. § 1332(a), there

21     must be complete diversity of citizenship between the parties opposed in interest."

22     Kuntz v. Lamar Corp., 385 F.3d 1177, 1181 (9th  Cir. 2004) (internal citation omitted).

23     In examining whether complete diversity is present, the citizenship of a limited liability

24     company is determined by examining the citizenship of the owners/members.  See

25     Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (holding

26     ORDER TO SHOW CAUSE - 1

that "like a partnership, an LLC is a citizen of every state of which its owners/members are citizens.").

In its complaint, plaintiff fails to allege the citizenship of each owner/member of plaintiff's LLC. Plaintiff subsequently identified two corporate members, Valley Gull, LLC, and BP Products North America, Inc., but has not identified their citizenship or the citizenship of their members. Therefore, plaintiff has failed to meet its burden to establish the basis of the Court's jurisdiction. See Indus. Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1092 (9th Cir. 1990) ("The party asserting jurisdiction has the burden of proving all jurisdictional facts"); Fed R. Civ. P. 12(h)(3) ("If the Court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action").

Plaintiff is hereby ORDERED TO SHOW CAUSE why the Court should not dismiss this action for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(h)(3). Plaintiff shall, on or before June 24, 2011, provide the Court with the citizenship of all of the owners/members of Epic Aviation, LLC, and Valley Gull, LLC, at the time the complaint was filed. The Clerk of the Court is directed to place this order to show cause on the Court's calendar for June 24, 2011.

Dated this 9th day of June, 2011.

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2